UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS BONILLA CASTANEDA,<br><br>  Plaintiff,<br><br>  v.<br><br>S. DALEY, et al.,<br><br>  Defendants. | Case No.: 1:15-cv-01863-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO REMAND THE CASE BACK TO STATE COURT WITHIN TWENTY DAYS<br><br>[ECF No. 11] |

Plaintiff Jesus Bonilla Castaneda is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

This action was initially filed in the Fresno County Superior Court and removed and filed in this Court on December 11, 2015.

Defendants have consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c), and Plaintiff declined magistrate judge jurisdiction.[1] Accordingly, this matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

On March 7, 2016, Plaintiff filed a motion to remand the case back to state court for lack of jurisdiction. (ECF No. 11.)

///

---

[1] Defendants consented to magistrate judge jurisdiction on January 8, 2016 (ECF No. 6), and Plaintiff declined magistrate judge jurisdiction on February 1, 2016 (ECF No. 8).

In order for the Court to properly rule on Plaintiff's motion, Defendants shall file a response to Plaintiff's motion within **twenty (20)** days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 9, 2016**

UNITED STATES MAGISTRATE JUDGE