UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS BONILLA CASTANEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>S. DALEY, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-01863-DAD-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO PROVIDE PLAINTIFF WITH COPY OF DEFENDANTS' RESPONSE FILED MARCH 29, 2016, AND GRANTING PLAINTIFF TWENTY (20) DAYS TO FILE A REPLY<br><br>[ECF Nos. 14 & 17] |

    Plaintiff Jesus Bonilla Castaneda is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

    On March 7, 2016, Plaintiff filed a motion to remand this case back to the Fresno County Superior Court.  On March 9, 2016, the Court directed Defendants to file a response to Plaintiff's motion.  Defendants filed a response on March 29, 2016.  (ECF No. 14.)

    On April 15, 2016, Plaintiff filed a motion to compel directing Defendants to comply with the Court's March 9, 2016, order to file a response.  (ECF No. 17.)  Plaintiff indicates that he never received a copy of Defendants' response.  Plaintiff is advised that Defendants provided a certificate of service by mail at Plaintiff's present address of record, dated March 29, 2016.  (ECF No. 16.)  However, because Plaintiff contends that he never received a copy of Defendants' response filed March 29, 2016, the Court will direct the Clerk of Court to send Plaintiff another copy and Plaintiff will be granted twenty days to file a reply.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall serve a copy of Defendants' response, filed March 29, 2016 (ECF No. 14) on Plaintiff; and

2. Within **twenty (20)** days from the date of service of this order, Plaintiff may file a reply.

IT IS SO ORDERED.

Dated:   **April 19, 2016**

UNITED STATES MAGISTRATE JUDGE