1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JESUS BONILLA CASTANEDA,                    No.  1:15-cv-01863-DAD-SAB

12                    Plaintiff,

13          v.                                    ORDER ADOPTING FINDINGS AND
                                                  RECOMMENDATIONS, REMANDING
14   S. DALEY et al.,                             ACTION TO THE FRESNO COUNTY
                                                  SUPERIOR COURT, AND DIRECTING
15                    Defendants.                 CLERK OF COURT TO TERMINATE THIS
                                                  ACTION
16
                                                  (Doc. Nos. 11, 22, 23)
17

18

19

20          Plaintiff Jesus Bonilla Castaneda is appearing *pro se* in this civil rights action.  Plaintiff

21   declined to consent to magistrate judge jurisdiction over this action pursuant to 28 U.S.C.

22   § 636(c).  (Doc. No 8.)  Accordingly, this matter was referred to a United States Magistrate Judge

23   pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

24          Defendants removed this action to this court from the Fresno County Superior Court on

25   December 11, 2015.  (Doc. No. 2.)  By order dated February 5, 2016, plaintiff's complaint was

26   screened by the court and dismissed with leave to amend.  (Doc. No. 10.)  Rather than file an

27   amended complaint, on March 7, 2016, plaintiff filed a motion to remand this case back to state

28   court.  (Doc. No. 11.)  On May 16, 2016, the assigned magistrate judge issued findings and

recommendations, recommending that plaintiff's motion to remand the action back to the Fresno County Superior Court be granted.  (Doc. No. 22.)  Those findings and recommendations were served on the parties and contained notice that objections thereto were to be filed within thirty days.  Plaintiff filed objections on June 16, 2016.  (Doc. No. 23.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.  In his objections, plaintiff contends that he now wishes to allege a new retaliation claim.  (*See* Doc. No. 23)  No retaliation claim was raised in the original complaint, indeed plaintiff appears to allege that he had not exhausted his administrative remedies with respect to any such claim at the time this action was filed, and the court's February 5, 2016 screening order granted plaintiff leave to amend his original claims—not to add new claims. (Doc. No. 10 at 4–5.)  As noted above, in lieu of amending his complaint, plaintiff filed the pending motion to remand this action back to the state court.  (Doc. No. 11.)  Indeed, in his motion to remand plaintiff specifically states:

> [T]he overwhelming majority of the Defendants (sic) action include negligence, assault and battery and false imprisonment (plaintiff was intentionally kept in administrative segregation for three years)[.]  A Federal Court cannot exercise supplemental jurisdiction unless Constitutional violations are also presented.

(*Id.* at 4.)[1]

/////

/////

/////

/////

/////

/////

---

[1]  Plaintiff is advised that he must file a complaint in a separate and new action in this court if he wishes to pursue a new and different claim, including any retaliation claim, not raised in his original complaint filed in this action.

2

Accordingly,

1.   The May 16, 2016 findings and recommendations (Doc. No. 22) are adopted in full;

2.   The instant action is remanded forthwith to the Fresno County Superior Court for lack of subject matter jurisdiction; and

3.   The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **September 6, 2016**                           _____

UNITED STATES DISTRICT JUDGE

3